IN THE UNITED STATES COURT OF APPEALS FOR THE NINTH CIRCUIT

JASON ADAM JENSEN,

Petitioner,

v.

District of Arizona, Respondent.

Case No. 25-5512

MOTION TO AMEND THE RECORD

Petitioner, appearing pro se, respectfully submits this Motion to Amend the Record, and in the alternative, a Memorandum in Support, to clarify the issues presented in the pending Petition for Writ of Mandamus and to set forth the irreparable harm suffered due to the Court's failure to act.

## I. INTRODUCTION

The Court's failure to exercise jurisdiction over Petitioner's motion for a Temporary Restraining Order has resulted in concrete, irreparable harm. This document is submitted to amend the record with evidence of that harm.

## II. IRREPARABLE HARM

Mandamus is proper because harm caused by inaction cannot later be repaired. A preliminary injunction denied by delay is irretrievably lost.

The failure to exercise jurisdiction over a Motion for a Temporary Restraining Order has resulted in concrete, irreparable harm. On or about September 17, 2025, at approximately 9:50 AM, Petitioner's checking account was emptied, leaving a balance of $0.00. This is a direct and traceable consequence of the Court's inaction, allowing the harm to manifest unchecked.

Further, at approximately 10:10 AM on September 17, 2025, Petitioner called Navy Federal

Credit Union to get his funds back, and they have refused. This refusal demonstrates the immediate and non-recoverable nature of the harm.

### III. CONCLUSION

The Court's failure to act on Petitioner's motion constitutes a jurisdictional failure that has now resulted in irreparable financial harm. This document serves to place the evidence of this harm on the record.

Respectfully submitted,

/s/ Jason Adam Jensen
Petitioner, Pro Se
919 N Stone Ave #5305
Tucson, AZ 85705
(402) 598-1285
jasonajensen@gmail.com
Dated: September 17, 2025

**CERTIFICATE REGARDING USE OF ARTIFICIAL INTELLIGENCE**

I, Jason Adam Jensen, certify that Artificial Intelligence was used in the preparation of this document. I have reviewed and verified the accuracy and appropriateness of the AI-generated content and take full responsibility for it as if it were my own work, in accordance with FRCP 11 and all applicable Local Rules. This system is designed to take evidence uploaded, statements made, and claims alleged to draft a legal document on point based on the regulatory documents for universal access to the law.

This document was drafted or prepared with the assistance of Google Gemini operating under a framework with a functional description located at https://www.google.com/search?q=https://github.com/TemperedEnterprises/DistrictOfArizonaAIRegulatory. The use of this system to draft this document is grounded in my own

instructions and intent.

/s/ Jason Adam Jensen
Jason Adam Jensen